07-CV-02054-INFO

DANIEL RADIN, WSBA# 8543
Senior Counsel
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2187

Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL A. NIX,<br><br>              Petitioner,<br><br>v.<br><br>TONY TODD, Revenue Auditor; BRIAN PICKERING, Special Agent, STATE OF WASHINGTON DEPARTMENT OF REVENUE; STEPHANIE SMITH, SHELLI MILLHUFF, RICHARD PED, JILLIAN PRATT, et al.,<br><br>              Respondents. | NO. 07-02054-RSL<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE AS TO RESPONDENTS TONY TODD, BRIAN PICKERING, STATE OF WASHINGTON DEPARTMENT OF REVENUE, STEPHANIE SMITH, SHELLI MILLHUFF, AND WATERMARK CREDIT UNION |

THIS MATTER having come on for hearing on the motion to dismiss filed by Tony Todd, Brian Pickering, and the State of Washington Department of Revenue, being represented by Robert M. McKenna, Attorney General, and Daniel Radin, Senior Counsel, and by Respondents Stephanie Smith, Shelli Millhuff, and Watermark Credit Union, being represented by Michael Siderius, and the court having considered the records and files herein, now, therefore,

IT IS HEREBY ORDERED that the case is dismissed as to Respondents Tony Todd, Brian Pickering, State of Washington Department of Revenue, Stephanie Smith, Shelli Millhuff, and

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2187 phone – (206) 587-5150 fax

1  Watermark Credit Union.
2     DATED this 28th day of April, 2008.
3
4
5                                    /s/ M.S. Lasnik
6                              UNITED STATES DISTRICT COURT JUDGE

ORDER DISMISSING CASE                    2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2187 phone – (206) 587-5150 fax